# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 19-1351-PSG (PLA)  Date July 18, 2019

Title: Charles H. Murata vs. City of Simi Valley Police Department, et al.

---

PRESENT: THE HONORABLE PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

**PROCEEDINGS:** **(IN CHAMBERS)**

Pursuant to this Court's Order of April 16, 2019, each party was ordered to file a Status Report no later than July 15, 2019. To date, the Court has not received a Status Report from defendants Gallardo and Vasquez. Accordingly, **no later than August 1, 2019**, **defendants are ordered to show cause** why sanctions should not be imposed for failure to comply with a Court Order. Filing of defendants' Status Reports on or before **August 1, 2019**, shall be deemed compliance by the filing party with this Order to Show Cause.

cc: Charles H. Murata, pro se
Natalie A. Panossian-Bassler, Esq.

Initials of Deputy Clerk  ch

CV-90 (10/98)  CIVIL MINUTES - GENERAL