# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 19-1351-PSG (PLA)                                                    Date  January 14, 2020

Title: Charles H. Murata vs. City of Simi Valley Police Department, et al.

---

PRESENT: THE HONORABLE  PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

The deadline for filing substantive motions in this action expired on December 16, 2019. (ECF No. 9). No such motions have been filed. Accordingly, defendants are ordered to show case, **no later than January 21, 2020**, why this matter should not be referred to the District Judge for all further trial proceedings.

cc:   Charles H. Murata, pro se
      Natalie A. Panossian-Bassler, Esq.

                                                                    Initials of Deputy Clerk____ch

CV-90 (10/98)                              CIVIL  MINUTES  -  GENERAL